UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-678-FDW-DSC

| MY'KA EL, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| TORRI TELLIS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its January 30, 2019, Order requiring Plaintiff to file an Amended Complaint. (Doc. No. 3).

The Complaint was dismissed on initial review on January 30, 2019 pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). (Doc. No. 3). The Court granted Plaintiff 14 days to file an Amended Complaint and warned him that failure to do so would result in this case's dismissal without further notice. (Doc. No. 3 at 6). Plaintiff has failed to comply with the Court's January 30, 2019, Order by filing an Amended Complaint and the time to do so has now expired. Plaintiff appears to have abandoned this case and the Court is unable proceed. This case is therefore dismissed without prejudice. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 631-33 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, a district court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to file an Amended

1

Complaint pursuant to this Court's Order dated January 30, 2019.

(2) The Clerk of this Court is directed to terminate this action.

Signed: May 10, 2019

Frank D. Whitney
Chief United States District Judge