# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| My'Ka El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00678-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Torri Tellis, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2019 Order.

May 10, 2019

Frank G. Johns, Clerk
United States District Court